WM. D. MAHN and wife *v.* THE MECHANICS' BUILDING AND LOAN ASSOCIATION.

(The Syllabus in this case is the same as in the preceding case of *Smith and wife* v. *The Mechanics' Building and Loan Association,* page 372.)

This was a CIVIL ACTION, similar to the two proceding against the same defendant, heard at the same time by his Honor, *Kerr, J.,* at Chambers in the county of NEW HANOVER.

For the facts, and the orders made in the Court below, from which the plaintiff appealed—see the case of *Smith and wife* against the same defendant, *ante* page 372.

*Strange, London* and *French,* for appellant.
*Smith & Strong, Fowle* and *Batchelor,* contra.

PEARSON, C. J. Same opinion as in *Smith* v. *Mechanics' Building & Loan Association.*

Error, and judgment according to that opinion, which will be certified.

PER CURIAM.                                                Order reversed.